IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 1:20 CR 0005 |
| | * | |
| JONATHAN GARCIA LOPEZ | * | |

# O R D E R

Before the Court is a motion by an Assistant United States Attorney seeking a leave of absence in the captioned case. Of course, the Court cannot consider a "leave of absence" for the United States of America qua sovereign or party. Nevertheless, the Clerk shall endeavor to accommodate Counsel's request. Should the Court's schedule necessitate some contact, action, appearance, or trial in or pertaining to the captioned case during the requested "leave of absence," the United States Attorney shall upon timely notice arrange for the appearance of a substitute Assistant United States Attorney who is knowledgeable, capable, and prepared to conduct such business on behalf of the United States of America as the Court may require. The motion for leave of absence is therefore **GRANTED** subject to the limitations and obligations stated herein.

**ORDER ENTERED** at Augusta, Georgia, this 20th day of May, 2024.

UNITED STATES DISTRICT JUDGE